**J. & L. SNOUFFER, Inc., Appellant, v. Wilbur B. ADAMS et al., Appellees.**

No. 11732.

United States Court of Appeals
Sixth Circuit.

April 15, 1953.

Matthew L. Bigger and Paul R. Gingher, Columbus, Ohio, and Harold E. Gottlieb, Zanesville, Ohio, for appellant.

William S. Evatt and Robert L. Barton, Columbus, Ohio, for appellees.

Before SIMONS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the order of the District Court sustaining appellees' motion to dismiss appellant's complaint on the ground of *res adjudicata* be and is hereby affirmed. See Quinn v. State ex rel. Leroy, 118 Ohio St. 48, 160 N.E. 453; W. E. Hedger Transportation Corp. v. Ira S. Bushey & Sons, Inc., 2 Cir., 186 F.2d 236.

**Frank P. HOLLOWAY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11734.

United States Court of Appeals
Sixth Circuit.

April 15, 1953.

Geo. E. H. Goodner, Washington, D. C., for petitioner.

H. Brian Holland, Charles S. Lyon, Charles W. Davis, Ellis N. Slack, W.

Herman Schwatka and George F. Lynch, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and it appearing that the Tax Court found that the corporate funds in question used by the petitioner in the years of 1944 and 1945 were taxable to him on the ground that they were essentially equivalent to taxable dividends, and it further appearing that the finding of the Tax Court is sustained by substantial evidence on the record as a whole,

Now, therefore, it is hereby ordered, adjudged, and decreed that the decision of the Tax Court be and is hereby affirmed.